DOCKET No. **16 Mag 2918**  DEFENDANT: **John Galanis**

AUSA **Brian Blais**  DEF.'S COUNSEL **David Touger**
☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST **5/11/16**  ☐ VOL. SURR.
**P/W issued 5/9/2016**                                   TIME OF ARREST **11am**   ☐ ON WRIT
☐ Other: _____                                  TIME OF PRESENTMENT **3:5pm**

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☒ AGREED CONDITIONS OF RELEASE
☒ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ **and Northern, Central + Southern District of California + points in between for travel**
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

/S/

[U.S. DISTRICT COURT FILED MAY 23 2016 S.D. OF N.Y.]

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED           ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED           ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **June 13, 2016** ~~June 22, 2016~~   ☐ ON DEFENDANT'S CONSENT

DATE: **May 23, 2016**   _____
                         UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.