USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/08/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HUGH DUNKERLEY,

              Defendant.

No. 16-CR-371-04 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendant Hugh Dunkerley shall be released on bail pending trial pursuant to the following conditions:

- Entry of a bond in the amount of $1,000,000, to be co-signed by one financially responsible person, and to be secured by $200,000 in real property, within one week of the date of this Order;

- Defendant's travel shall be restricted to the Southern District of New York, the Eastern District of New York, and all districts in California;

- Home confinement with electronic monitoring;

- Defendant shall be permitted to remain in New York until June 17, 2016; and

- Defendant shall make no new applications for travel documents.

SO ORDERED.

Dated:    June 8, 2016
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge