USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/08/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

BEVAN COONEY,

Defendant.

No. 16-CR-371-07 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Defendant Bevan Cooney shall be released on bail pending trial pursuant to the following conditions:

- Entry of a bond in the amount of $1,000,000, to be co-signed by one financially responsible person, within two weeks of the date of this Order;

- Defendant's travel shall be restricted to the Southern District of New York, the Eastern District of New York, the District of Nevada, all districts in California, all districts in Michigan, and—with the consent of Pretrial Services—all districts in Ohio;

- Defendant shall surrender all firearms within 30 days of the date of this Order;

- Defendant shall make no new applications for travel documents; and

- Defendant shall be subject to regular pretrial supervision, to be monitored by the Pretrial Services office in the district of his residence, namely the District of Nevada until June 20, 2016, and the Western District of Michigan thereafter.

SO ORDERED.

Dated: June 8, 2016
New York, New York

Ronnie Abrams
United States District Judge