UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                               Plaintiff,

      -against-

JASON GALANIS, GARY HIRST, JOHN GALANIS,
a/k/a "Yanni," HUGH DUNKERLEY, MICHELLE MORTON,
DEVON ARCHER, and BEVAN COONEY,

                             Defendants.
-----------------------------------------------------------------------X

**ECF CASE**
**16 Cr 371 (RA)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that pursuant to the Order authorizing appointment under the Criminal Justice Act 18 U.S.C. 3006A, the undersigned hereby appears as associate counsel for defendant HUGH DUNKERLEY, and request that all future notifications in this action be served upon the undersigned at the address designated below. Thank you.

Date:   New York, New York
           July 26, 2016

By: _____/S_____
Gerald M. Cohen, Esq.
233 Broadway, Suite 1800
New York, New York 10279
212-374-9115
212-406-2313 (fax)
gcohen@cohenfitch.com