# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JASON GALANIS, et al.,<br><br>                Defendants. | NO. 1:16-CR-00371-RA |

## DEFENDANT BEVAN COONEY'S WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Federal Rule of Criminal Procedure 10(b), Defendant Bevan Cooney hereby states that (1) he has received a copy of the above-numbered indictment, superseding indictment, or information; (2) he understands the right to appear in person at the arraignment and hereby waives that right; and (3) he pleads not guilty to all charges in this case.

DATED: November 2, 2016

                                      BEVAN COONEY
                                      Defendant

DATED: November 2, 2016

                                      MATTHEW DONALD UMHOFER
                                      *Admitted pro hac vice*

                                      SPERTUS, LANDES & UMHOFER, LLP
                                      1990 S. Bundy Drive, Suite 705
                                      Los Angeles, California 90025
                                      (310) 826-4700
                                      matthew@spertuslaw.com

                                      Attorney for Bevan Cooney

Based on the foregoing, it is hereby **ORDERED** that (1) the defendant's waiver of

appearance at arraignment is **APPROVED**; (2) the defendant is arraigned and the plea of not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: 11-4-16

HON. RONNIE ABRAMS
United States District Judge