UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA                :

      -against-                      :

Bevan Cooney                            :

                                        :

------------------------------------x

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 12/20/16

**ORDER**

16 Cr. 371-07
Docket #

___Ronnie Abrams___, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, ___Paula Notari___ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC ___12/20/2016___.

SO ORDERED. 12-20-16

_____
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2016
      New York, New York