# PELUSO & TOUGER, LLP
### ATTORNEYS AT LAW
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE:  (212) 513-1989

December 21, 2016

Honorable Ronnie Abrams
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: <u>United States v. John Galanis,</u>
    16 CR 371 (RA)

Your Honor,

  At the last court conference I respectfully asked the Court to allow interim vouchers in this matter for all CJA counsel due to the voluminous nature of the Discovery, which was laid out to the Court at this appearance. I am now writing to memorialize that decision by the Court.

  Therefore, I respectfully request that the Court issue an Order allowing interim vouchers in this matter for all CJA counsel due to the extensive hours already expended and the expected length of this case. Thank you very much for your understanding in this matter.

                Respectfully yours,

                David Touger

cc: AUSA Brian Blades
   Jerry Tritz, Esq.