USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

                   IND. NO. 16 CR 371(RA)
                   DEFENDANT JOHN GALANIS'
                   WAIVER OF APPEARANCE
                   AT HEARINGS

JOHN GALANIS,

              Defendant.
------------------------------------------X

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Mr. John Galanis hereby waives his right to be present in open court for any court conference or hearing in this case, including the status conference currently scheduled for January 13, 2017, the time that the case is ordered set for trial, when a continuance is ordered, or when any action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of a jury, trial and imposition of sentence.

    Mr. John Galanis requests that the Court proceed during every absence of his which the Court may permit pursuant to this waiver, and agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally presenting court. Mr. John Galanis further agrees to be present in person, in court, ready for trial on any

day and hour, which the Court may fix in his absence.

DATED: NEW YORK, NEW YORK
January 6, 2017

YOURS, etc.,

_____
DAVID TOUGER
PELUSO & TOUGER, LLP
Attorneys for Defendant
John Galanis
70 Lafayette Street
New York, NY  10013
(212) 608-1234

_____
John Galanis

Dated: January 6, 2017

SO ORDERED:

Dated: January 9, 2017

_____
Hon. Ronnie Abrams
United States District
Court Judge, SDNY