UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        *Plaintiff,*     :

  - against -     :     **16 CR 371 (RA)**

JASON GALANIS,     :     **Order**

        *Defendant.*     :

-------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/19/17

On Defendant Jason Galanis' [reg. no. 80739-198] motion, the Court requests that the United States Marshals continue to detain him at the Metropolitan Correctional Center, 150 Park Row New York, NY 1007, through his sentencing date in the above captioned case, if feasible, so that Mr. GALANIS may continue teaching classes through the Bureau of Prisons Education Department at the Metropolitan Correctional Center.

    IT IS SO ORDERED.

                                                  Honorable Ronnie Abrams
                                                  United States District Judge

Dated: New York, New York
       January 19, 2017