**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

<u>Southern</u> District of <u>New York</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 3 2017

Caption:

<u>United States</u> v.

<u>Galanis et al.</u>

Docket No. <u>S1 16 Cr. 371</u>
<u>Hon. Ronnie Abrams</u>
(District Court Judge)

Notice is hereby given that <u>Bevan Cooney</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✔] <u>Order</u>
(specify)

entered in this action on <u>January 31, 2017</u>.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ ]   Other [✔]

Defendant found guilty by plea [ ]   trial [ ]   N/A [✔]

Offense occurred after November 1, 1987? Yes [ ]   No [ ]   N/A [✔]

Date of sentence: _____ N/A [✔]

Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [✔]

Appellant is represented by counsel? Yes [✔]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Paula J. Notari

Counsel's Address: 315 Madison Ave, Suite 901
New York, NY 10017

Counsel's Phone: (646) 943-2172

Assistant U.S. Attorney: Rebecca Mermelstein / Brian Blais / Aimee Hector

AUSA's Address: One St. Andrews Plaza
New York, NY 10007

AUSA's Phone: 212 637-2360

*Paula Notari*
Signature