Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

RECEIVED
2017 FEB -1 P 6: 30
US DISTRICT COURT SDNY

**United States District Court**

Southern District of New York

Caption:

United States
v.
Jason Galanis et. al.

Docket No.: S1 16 Cr. 371
Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Devon Archer appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ order _____
(specify)
entered in this action on January 31, 2017.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | | Other ✓

Defendant found guilty by plea | | trial | | N/A ✓ .

Offense occurred after November 1, 1987? Yes | No | N/A ✓

Date of sentence: _____ N/A ✓

Bail/Jail Disposition: Committed | | Not committed | | N/A ✓

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Matthew L. Schwartz |
| Counsel's Address: | Boies Schiller & Flexner, 575 Lexington Avenue, 7th Floor |
| | New York, New York |
| Counsel's Phone: | (212) 446-3646 |
| Assistant U.S. Attorney: | Rebecca Mermelstein / Brian Blais / Aimee Hector |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2360 |

/s/ Matthew L. Schwartz
Signature

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

2017 FEB -1 P 6: 37
U.S. DISTRICT COURT SDNY

United States District Court

Southern District of New York

Caption:
United States
v.
Jason Galanis et. al.

Docket No.: S1 16 Cr. 371
Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Devon Archer appeals to the United States Court of Appeals for the Second Circuit from the judgment | other | ✓ order _____ (specify)
entered in this action on January 31, 2017
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | | Other | ✓

Defendant found guilty by plea | | trial | | N/A | ✓

Offense occurred after November 1, 1987? Yes | No | N/A | ✓

Date of sentence: _____ N/A | ✓

Bail/Jail Disposition: Committed | Not committed | | N/A | ✓

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Matthew L. Schwartz |
| Counsel's Address: | Boies Schiller & Flexner, 575 Lexington Avenue, 7th Floor |
| | New York, New York |
| Counsel's Phone: | (212) 446-3646 |
| Assistant U.S. Attorney: | Rebecca Mermelstein / Brian Blais / Aimee Hector |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2360 |

/s/ Matthew L. Schwartz
Signature

Daniel K. Schwartz
BSFLLP Associate
On behalf of
Matthew Schwartz

```
Court Name: District Court
Division: 1
Receipt Number: 465401173551
Cashier ID: Aacevedo
Transaction Date: 02/02/2017
Payer Name: BORIS SCHILLER AND FLEXNER L
LP
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BORIS SCHILLER AND FLEXNER LLP
 Amount:         $505.00
----------------------------------------
CHECK
 Check/Money Order Num: 89
 Amt Tendered:   $505.00
----------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

16CR371 (RA)
```

RECEIVED
2017 FEB -1 P 6:31
U S DISTRICT COURT SDN

Southern District of New York
Clerk of the Court
500 Pearl St., Southern District of New York
New York, NY
10007

