UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
United States

                          Plaintiff,

Case No. 16-cr-371

-against-
Jason Galanis, et al.

                          Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Noam K. Biale**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NB8072     My State Bar Number is 5055694

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Sher Tremonte LLP
           FIRM ADDRESS: 80 Broad Street, 13th Floor, New York, NY 10004
           FIRM TELEPHONE NUMBER: (212) 202-2600
           FIRM FAX NUMBER: (212) 202-4156

NEW FIRM:  FIRM NAME: Sher Tremonte LLP
           FIRM ADDRESS: 90 Broad Street, 23rd Floor, New York, NY 10004
           FIRM TELEPHONE NUMBER: (212) 202-2600
           FIRM FAX NUMBER: (212) 202-4156

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 3/23/2017

                                                       ATTORNEY'S SIGNATURE