```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/16/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON GALANIS,

Defendant.

No. 16-CR-371 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the submissions of Defendant Jason Galanis and the Government concerning the structure of Mr. Galanis's sentence. Dkts. 224, 228. Having reviewed these submissions, the Court intends to enter a judgment consistent with the sentence that was announced on August 11, 2017—*i.e.*, that Mr. Galanis is to serve a term of imprisonment of 173 months, with 113 months to be served concurrently with the sentence imposed in case number 15 Cr. 643 (PKC), and the remaining 60 months to be served consecutively to the term of imprisonment imposed in case number 15 Cr. 643 (PKC). The parties shall promptly inform the Court if they believe it is necessary for the Court to hold another proceeding before judgment is entered.

SO ORDERED.

Dated:   August 16, 2017
         New York, New York

Ronnie Abrams
United States District Judge